IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| JOSH LILES;  DIMITRIOS STUBBLEFIELD; JUSTIN THOMAS;  STEVEN CALDWELL; JOSEPH WYSOCKI;  SCOTT BRYAN; and SAMUEL LUNNIE, Each Individually and on Behalf of All Others Similarly Situated | | PLAINTIFFS |
| v. | No. 4:21-cv-323-DPM | |
| BROWN'S MOVING & STORAGE, INC. | | DEFENDANT |

### ORDER

This case is an echo of 4:19-cv-783-LPR, involving similar claims against the same defendant, *Doc. 2*. Judge Rudofsky has agreed to accept a transfer, and that would promote judicial economy. The Court therefore directs the Clerk to reassign this case to Judge Rudofsky. GENERAL ORDER NO. 39, § (b)(5).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 May 2021